UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LAFEY,

        Petitioner,

v.

SHERMAN CAMPBELL,

        Respondent.

_____/

Case No. 25-cv-10850
Hon. Matthew F. Leitman

## **JUDGMENT**

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED,** a Certificate of Appealability is **DENIED**, and leave to appeal *in forma pauperis* is **GRANTED**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 28, 2026
Detroit, Michigan

1